# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER AMERICA".*
*"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"-Webster.*
*"NO ONE IS ABOVE- THE- LAW" , "ALL   ARE EQUAL UNDER THE LAW".*



*The United  States District Court Southern District of New York*

# 18CV8755

—————————————————————x

Elena  Strujan

*Plaintiff/Claimant,*

*v.*

**COLUMBIA UNIVERSITY - A FICTION;**
**TEACHERS COLLEGE, COLUMBIA UNIVERSITY**
**A FICTION;**
**COLLEGE'S EQUAL OPPORTUNITY OFFICER**
**A FICTION, A Man/A Woman;**
**ALL OTHERS UNLISTED, BOTH KNOWN**
**AND UNKNOWN.**
*WRONGDOERS/DEFENDANTS*

—————————————————————x

**DOCKET:**

**MISCELLANEOUS**
**NON-JUDICIAL CASE**
**COVER SHEET**



# NON-JUDICIAL CLAIM

| No; | NAME | |
|---|---|---|
| 1 | **DESCRIPTION OF THE CASE** | Discrimination under color of law. American Jurisprudence Constitutional Law &326. Free Justice and open Courts.  Magna Carta-Remedies for all Injury |
| 2 | **THE CASE WAS PREVIOUSLY OPENED IN THIS COURT** | Docket No: **8-cv-9589 –WHP-HBP** |
| 3 | **JUDGE, MAGISTRATE** | **HENRY B. PITMAN** _Wlliam H. Pauley, III_ |
| 4 | **DECISION:** | DISMISED |
| 5 | **NATURE OF CASE** | *NON JUDICIAL CLAIM, DEFAULT JUDGMENT* |
| 6 | **CLAIMANT'S ADDRESS:** | Elena Strujan, P.O. Box 20632, New York, N.Y., [10075], USA 646-234-2421. Estrujan2016@gmail.com |
| 7 | **DEFENDANTS' ADDRESS:** | 1). **Columbia University**, 103 Low Library,     Mail Code 4333, 535 West 116 Street, New York, New York, 10027. 2) **Teachers College, Columbia University,** 525 West, 120 Street, Box 220, New York, New York 10027. 3) **College Equal Opportunity**, 525 West 120 Street, Box 149, 112 Main Hall, New York, NY 10027. |
| 8 | **DEFENDANT(S) ADDDRESS UNKNOWN** | Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:  **ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN.** |
| 9 | **I PRESENT MYSELF AS:** | ATTORNATUS PRIVATUS, Sui Juris. |
| 10 | **THIS ACTION SHOULD BE ASSIGNED TO:** | MANHATTAN |

I say here, and I will verify in open Court if necessary that all herein be true.
I will do My best, and God will do the rest. I Reserve ALL Natural God-Given
Indefeasible Birthrights, Waiving None, Ever UCC 1-308, UCC 1-103.6.

Dated:  September 24, 2018

Elena Strujan-Claimant/Petitioner, Attornatus Privatus

**"SUB UMBRA ALARUM TAURUM"**
*'BENEATH THE SHADOW OF WINGS, O LORD*
THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUILD A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
**"OBEY THE CONSTITUTION"**

**RUBY J. KRAJICK**, Clerk of Court_____          Dated_____